Tim Davis, AT1869

CSP-L.A. County

44750 60th Street West

Lancaster, CA 93536-7620

"Pro Per Petitioner"

FILED
CLERK, U.S. DISTRICT COURT

JUL 11 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case Title: Tim Davis, Plantiff V. D.Schneider, et al., Defendant

Case No. 2:18-CV-01910-SJO-MAA

# U.S. Central District Court

Tim Davis, Plantiff

V.

D. Schneider, et al., Defendant

Case No. 2:18-cv-01910-SJO-MAA

Notice of Motion and Motion to Show that M. Fordham, Appeals Coordinator Committed Perjury, Exhibits in support of Motion, And Declaration in support of Motion.

Petitioner, Tim Davis, moves the Court for an order to introduce Material Evidence to Show that M. Fordham, CCII, Appeals Coordinator Committed perjury. And to have M. Fordhams, Declaration excluded from Defendants Summary Judgement Motion, And SHALL be "Prima Facie" Evidence that the matters in such affidavit were false.

M. Fordham, CCII, Appeals Coordinator Submitted a declaration that was executed on September 11, 2018, in which he made false statements. M. Fordham Committed a criminal act of perjury. See page 4 of M. Fordhams' Declaration - Lines 26 and 27. See Exhibits A-L and Document #55 that I filed on 12/11/2018.

Penal Code 118 - Perjury and Subornation of perjury: Every person who, having taken an oath that he or she will testify, declare, depose, or certify truly before any competent tribunal, officer, or person, in any of the cases in which the oath may by law of the State of California be administered, willfully and contrary to the oath, states as true any material matter which he or

1  she knows to be false, and every person who testifies, dec-
2  lares, deposes, or certifies under penalty of perjury in any of
3  the cases in which the testimony, declarations, depositions,
4  or certification is permitted by law of the State of Calif-
5  ornia under penalty of perjury and willfully states as true
6  any material matter which he or she knows to be false, is
7  guilty of perjury.

8

9  Penal Code 118a: Any person who, in any affidavit taken before
10 any person authorized to administer oaths, swears, affirms, de-
11 clares, deposes, or certifies that he will testify, declare, depo-
12 se, or certify before any competent tribunal, officer, or person,
13 in any case then pending or thereafter to be instituted, in any
14 particular manner, or to any particular fact, and in such aff-
15 idavit willfully and contrary to such oath states as true any
16 material matter which he knows to be false, is guilty of perj-
17 ury. In any prosecution under this section, the subsequent
18 testimony of such person, in any action involving the matte-
19 rs in such affidavit contained, which is contrary to any of the
20 matters in such affidavit contained, SHALL be "prima facie"
21 evidence that the matters in such affidavit were false.

22

23 Penal Code 125: An unqualified statement of that which one
24 does not know to be true is equivalent to a statement of th-
25 at which one knows to be false.

26

27 Penal Code 127: Everyone who, willfully procures another perso-
28 n to commit perjury is guilty of subordination of perjury,

1   and is punishable in the same manner as he would be if
2   personally guilty of the perjury so procured.

3

4   Penal Code 132 : Every person who upon any trial, proceeding, in-
5   quiry, or investigation whatever, authorized or permitted by
6   law, offers in evidence, as genuine or true, any book, paper, do-
7   cument, record, or other instrument in writing, knowing the
8   same to have been forged or fraudulently altered or ante-dated
9   is guilty of felony.

10

11   Use of Affidavit : perjury may be committed, even if false
12   statement is never filed or used. Levin v. U.S., 1925, 5 F.2d 598,
13   Certiorari denied 46 S.Ct. 21, 269 U.S. 562, 70 L.Ed. 412.
14   People v. Robles (1897) 117 Cal. 681, 49 P. 1042. In this case the Cou-
15   rt said: "Before a party may be convicted of perjury in maki-
16   ng a false affidavit, he must either use the affidavit for a pu-
17   rpose contemplated by Section 118 of the Penal Code, or deliver to
18   someone for such use."

19

20   Falsify: The making of a false statement in a pleading filed in
21   a judicial proceeding is "Perjury." People v. Agnew (App. 1947) 77
22   Cal. App. 2d 748, 176 P. 2d 724.
23   A reckless statement in a judicial proceeding which is not known
24   to be true is "Perjury" if in truth such averment is false. Peo-
25   ple v. Agnew (App. 1947) 77 Cal. App. 2d 748, 176 P. 2d 724.

26

27   Willfully : If a person willfully swears to a belief in existence
28   of a fact in a judicial proceeding which he knows does not

1. exist, he is guilty of "perjury" as if he had sworn directly
2. to existence of a fact which he knew did not exist. People
3. V. Agnew (App. 1947) 77 Cal. App. 2d 748, 176 P. 2d 724.
4. • The element of willfulness necessary to establish "perjury"
5. is a essential in the case of an unqualified statement of that
6. which one does not know to be true as in the case of a state-
7. ment of that which one knows to be false. People V. Nelson (App.
8. 4 Dist. 1940) 36 Cal. App. 2d 515, 97 P. 2d 1043.

10. • Materiality: Any allegation in Verified Complaint forming basis
11. of perjury prosecution was material if evidence that would
12. establish the truth of it could have properly influenced cou-
13. rt which tried or would have tried issues under the complai-
14. nt, as regards whether proof falsify of the allegation would
15. establish perjury. People V. Agnew (App. 1947) 77 Cal. App. 2d 748, 176
16. P. 2d 724.

18. I, Tim Davis, declare under penalty of that the foregoing
19. is true and correct and that this declaration was executed
20. at, Lancaster, CA, Los Angeles County on July 7, 2019.

Tim Davis

July 7, 2019

Tim Davis

Exhibits

A—Q

Case Little Tim Davis Plaintiff V USchner, doc et al. Defendant
Case No: 2.18-CV-01910-550-MAA

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Exhibit A

## SECTION A: INMATE/PAROLEE REQUEST

| NAME: (LAST NAME) Davis | (FIRST NAME) Tim | CDC NUMBER: A71869 | SIGNATURE: Davis |
|---|---|---|---|

| HOUSING NUMBER: B4 104 UP | ASSIGNMENT: N/A | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Copy of Grievance |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I recieved a letter from the Inspector General on 11/14/17, in regard to my CDCR 602 appeal log number LAC-D-17-03199. They said my appeal was completed at the second level and delivered to me on October 18, 2017. Which is a lie. I never recieved anything. I have a 30 day deadline to submit my Grievance to the third level, which would be on 11/18/17, if I'm not mistaken. So I need you to give me a copy of everything that relates to my Grievance. Everything is on file and I need a copy.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO: B4 Counselor J. McMahon          DATE MAILED: 11 14 17

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON   BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: J McMAHON | DATE: 11/15/17 | SIGNATURE: | DATE RETURNED: 11/15/17 |
|---|---|---|---|

THE APPEAL LOG # LAC-D-17-03199 IS NOT AVAILABLE IN YOUR CARMS FILE AS OF NOW. CONTACT WHO EVER SENT YOU THE LETTER YOU REFERED TO IN THIS REQUEST.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

I never recieved the aforementioned. But instead of printing out everything that has coincide with my grievance, I recieved a response that made my skin crawl. My due process has been violated as well as my first amendment, and an extensive list of rules and regulations ETC. I want my grievance. Send me a copy stamped treat as original in red ink per 15 CCR.50 I can exhaust at the third level.

| SIGNATURE: Davis | DATE SUBMITTED: 11/20/17 |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): R Guzman, CCII | DATE: 12/6/17 | SIGNATURE: R | DATE RETURNED: 12/6/17 |
|---|---|---|---|

I have contacted appeals at LAC, awaiting a response after reviewed by appeals.

Page 7 of 24

*Emergency!* Case Title, Tim Davis V. V. Schneider et al. Defendant
Case No. 2:18-CV-01910-590-MAA

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

Exhibit (B)

*The appeals coordinators are conspiring to cover up that I was disgruntled and battered.* (left margin, vertical)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME: (Print)    (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Davis - Tim | | A11869 | T. Davis |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| B4 104 UP | N/A | HOURS FROM ___ TO ___ | I want my Grievance |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I need a copy of everything that pertains to my Appeal log # LAC-D-17-03199. I was informed by the Ombudsman and the Inspector General that my appeal was completed at the second level 10/18/17. I never received my Grievance. Send me a copy of my Grievance stamped in red ink that says treat as original per 15CCR because my due process rights are being violated. I need to exhaust my administrative remedies at the third level.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) ** NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO: _CCII Guzman_    DATE MAILED: 11 21 17

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) ⬭YES⬭ NO |
|---|---|---|---|
| KO | 11/21/17 | [signature] | |

| IF FORWARDED TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON ⬭BY US MAIL⬭ |
|---|---|---|
| CC.II Guzman | 11/21/17 | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| R Guzman, CCII | 12/7/17 | [signature] | 12/7/17 |

Due to the appeal being as a staff complaint it will not be in your file. Appeals will send you another copy per call.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

Why is my appeal not stamped with treat as original in red ink. I am not going to be able to exhaust my administrative remedies at the third level and they know this. This appeal system is bias and prejudice. They are in violation of the conspiracy laws of the Title 42 U.S.C. 1995(3) and 1986. Also my first Amendment and my due process rights.

*Send me my appeal stamped with red ink.* (left margin, vertical)

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| T. Davis | 12/7/2017 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Page 8 of 27

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

*Exhibit (G)*

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Davis - Tim | | A11869 | T. Davis |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| B4 104 UP | N/A | HOURS FROM ___ TO ___ | I want my Grievance |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I need a copy of everything that pertains to my Appeal log # LAC-D-17-03199. I was informed by the Ombudsman and the Inspector General that my appeal was completed at the second level 10/19/17. I never received my Grievance, send me a copy of my Grievance stamped in red ink that says treat as original per 3CCR because my due process rights are being violated. I need to exhaust my administrative remedies at the third level.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL: ADDRESSED TO: CCII Guzman     DATE MAILED: 11/21/17

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| RO | 11/21/17 | *(signature)* | (CIRCLE ONE)  YES    NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CCII Guzman | 11/21/17 | (CIRCLE ONE)  IN PERSON   BY US MAIL |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| R Guzman—CII | 12/7/17 | RM | 12/7/17 |

Due to the appeal being on a staff complaint it will not be in your file. Appeal mailed and you another copy per ccii.

### SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

Why is my appeal not stamped with treat as original in red ink? I am trying to be able to exhaust my administrative remedies at the third level and they know this. This appeal system is bias and prejudice. They are in violation of the conspiracy laws of the Title 42 usc 1995(3) and 1986. Also my first Amendment and my due process rights.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| T. Davis | 12/7/2017 |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

*(handwritten left margin, vertical):* "Emergency" Logs/Appeals are being "delayed" to cover up that NTT was classified and buttered. The Appeals Logs/Appeals that were "delayed" with no reply etc... Sending the my appeal stamped with a red ink like...

*Emergency!*                                        *Deliberate Indifference!*

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR-0022 (10-09)

*Exhibit* (B)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Ennis  Tim | | A 11969 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC file, MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.: |
|---|---|---|---|
| B4  104  UP | N/A | HOURS FROM _____ TO _____ | |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

You are in violation of my process rights and the consumer laws of Title 42 U.S.C 1983 (2) and 1985 Send me a copy of my Appeal Log # 1 Ac-D-17-02199 Stamped *Front as original in red ink* Why would you send me a copy and not stamp it? Because you know I can't exhaust the third institution because of now. [Mora] Your attitude and deliberate indifference. Send me a Stamped Copy immediately.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX.)   **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL: ADDRESSED TO: M. Fordham CCII, Appeals Coordinator   DATE MAILED: 12.7.17

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| GREENE | 12/7/2017 | | (CIRCLE ONE)   YES   NO |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| M. Fordham CCII, Appeals Coordinator | 12/7/2017 | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

*You are in violation of my first Amendment due to retaliation too!!!*

*Page 10 of 27*

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

*!Emergency!* *Exhibit (E)* *!Moral Turpitude!*

*!Deliberate Indifference!*

STATE OF CALIFORNIA

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**

CDCR-0022 (10-09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

*"The appeals process is bad and ineffective due to conspiracy and collusion.*

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Davis Tim | | AT1869 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM    TO | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.) |
|---|---|---|---|
| B4 104 UP | N/A | | Send me a copy of my appeal stamped in red ink |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW)

You are in violation of my due process rights and the conspiracy laws of Title 42 U.S.C. 1985(2) and 1986. Send me a copy of my Appeal Log #ELACD-17-02199 stamped (red) as original in red ink. Why would you send me a copy and not stamped? Because you know I can't exhaust at the third level if my appeal is not stamped. Send my appeal immediately.

**METHOD OF DELIVERY (CHECK APPROPRIATE BOX) *\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\****

☐ SENT THROUGH MAIL: ADDRESSED TO: J.Curiel CCII Appeals Coordinator   DATE MAILED: 12.7.17

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| GREENE | 12/7/2017 | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |
|---|---|---|
| J.Curiel CCII Appeals Coordinator | 12/7/2017 | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Page 11 of 24

*!Emergency!*                              *!Moral Turpitude!*

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)                          *!Conspiracy and Collusion!*

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) Davis | (FIRST NAME) Tim | CDC NUMBER: AT1869 | SIGNATURE: T.Davis |
|---|---|---|---|
| HOUSING/BED NUMBER: B4 104 UP | ASSIGNMENT: N/A | HOURS FROM     TO | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Send my appeal Stamped in red ink |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:
Send me a copy of my appeal log #LAC-D-17-03199 Stamped
treat as original in (red) ink per 15 CCR. You are deliberately
interfering with my appeal process so I can't obtain a resolution
at the third level. You/are in violation of my due process rights
as well as the Conspiracy laws of Title 42 U.S.C. 1995(3) and 1986.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) ** **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED** **
☐ SENT THROUGH MAIL: ADDRESSED TO: J. Curiel CCII, Appeals Coordinator   DATE MAILED: 12.12.17
☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: GREENE | DATE: 12/12/2017 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES  NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: J. Curiel CCII, Appeals Coordinator | DATE DELIVERED/MAILED: 12/12/2017 | | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON  BY US MAIL |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Exhibit F

### SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Page 12 of 24

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

*! Emergency!*   *! Moral Turpitude !*
*! Conspiracy and Collusion !*

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Davis   Tim | | AT1869 | |
| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM        TO | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
| RH 104 UP | N/A | | send my appeal stamped in red ink |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Send me my appeal log # LAC-D-17-03199 stamped treat as origin in red ink per 15 CCR because it you don't I am not going to be able to exhaust my administrative remedies at the third level you are violating my due process rights. You are in violation of the conspiracy laws of Title 42 U.S.C. 1995(3) and 1986. You violating my due process rights. And my First Amendment due to retaliation. You are ~~deliberatly~~ deliberately interfering with my appeal process so I can't obtain a resolution.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )    **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL:  ADDRESSED TO: M. Fordham CCII, Appeals Coordinator    DATE MAILED: 12/12/17
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| GREENE | 12/12/2017 | | (CIRCLE ONE)   YES   NO |
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY: |
| M. Fordham CCII, Appeals Coordinator | 12/12/2017 | | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Exhibit G

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

*Page 13 of 24*

*Emergency! Conspiracy, and Collusion!*

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):  (LAST NAME) Davis   Tim | (FIRST NAME) | CDC NUMBER: A11869 | SIGNATURE: Tim Davis |
|---|---|---|---|
| HOUSING/BED NUMBER: B4 104 UP | ASSIGNMENT: N/A | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Deliberate Indifference Retaliation |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

Send me a copy of Appeal log # LAC-D-17-03199, stamped treat as original in red ink, per 15 CCR 501. I can't exhibit at the third level, if the appeal system at this prison is biased, prejudice and is ineffective.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX)  ** NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL:  ADDRESSED TO: M. Fordham CCII, Appeals Coordinator   DATE MAILED: 12.17.17

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: 12/17/2017 | SIGNATURE: Raw | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES    NO |
|---|---|---|---|
| IF FORWARDED TO WHOM: M. Fordham CCII, Appeals Coordinator | DATE DELIVERED/MAILED: 12/17/2017 | | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON   BY US MAIL |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Exhibit (H)

### SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Page 14 of 24

*!Emergency!*  *!Conspiracy and Collusion!*

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR** INTERVIEW, ITEM OR SERVICE

CDCR 22 (10/09)

*!Moral Turpitude!*

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):  (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Davis Tim | | AT1869 | T Davis |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| B4 104 UP | N/A | HOURS FROM     TO | Deliberate Indifference Retaliation |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Send me a copy of appeal log # LAC-D-17-03199 stamped treat as original in red Ink per 15CCR so I can exhaust my administrative remedies at the third level. You are violating my due process rights.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **\*\* NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL:  ADDRESSED TO: J. Curiel CCII, Appeals Coordinator   DATE MAILED: 12.20.17

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| SIGNATURE | 12/20/2017 | S | (CIRCLE ONE)  YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| J. Curiel CCII Appeals Coordinator | 12/20/2017 | (CIRCLE ONE)  IN PERSON  BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Exhibit *I*

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

*!Deliberate Indifference! !Racial Discrimination!*

Page 15 of 24

*Emergency!*   *Conspiracy and Collusion!*

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR-0022 (10-09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

*Moral Turpitude!*

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME: (Print)    (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Davis Tim | | AT1869 | T. Davis |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| B4 104 UP | N/A | HOURS FROM        TO | Deliberate Indifference |
| | | | Retaliation |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Send me a copy of my appeal log # LAG-D-17-03199 stamped in red ink stating that as original so I can exhaust my administrative remedies. let the third level you are violating my 5th and 14th amendment due process rights.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX)  **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL:  ADDRESSED TO: M. Fordham CCII Appeals Coordinator    DATE MAILED: 12.24.17

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| KO | 12/24/17 | Ellen | (CIRCLE ONE)  YES    NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| M. Fordham CCII Appeals Coordinator | 12/24/2017 | (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

*Exhibit J*

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

*Page 16 of 24*

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR-0022 (10-09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Davis   Tim | | *A11869* | |
| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM   TO | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
| B4 104 UP | N/A | | Deliberate Indifference |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:
Send me a copy of my appeal log # LAC-D-17-03199 Stamped treat as
Original in red ink so I can exhaust my administrative remedies at the
third level. You are violating my due process rights by refusing to send me
a stamped copy.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX): **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**   12-28-17

☐ SENT THROUGH MAIL: ADDRESSED TO: J. Curiel CCII, Appeals Coordinator   DATE MAILED: 12-28-17
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: 12/28/2017 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES  NO |
|---|---|---|---|
| IF FORWARDED - TO WHOM: J. Curiel CCII Appeals Coordinator | DATE DELIVERED/MAILED: 12/28/2017 | | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON  BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

*Exhibit*

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

*Page 17 of 27*

*!Emergency!* *!Conspiracy and Collusion!*

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**

CDCR-0022 (10-09)

*!Moral Turpitude!*

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE |
|---|---|---|---|
| Davis Tim | | AT1869 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| B4 104 UP | N/A | HOURS FROM _____ TO _____ | Retaliation |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

The appeals coordinators are violating my due process rights. They are refusing to send me a copy of my appeal log # TAL-D-17-03909, stamped first class, original in real ink per BPC3. They know I won't be able to exhaust at the third level without a stamped copy. Can you please help me? I have sent them countless requests for a stamped copy but they are refusing to answer my request. This is a direct and indirect retaliation and conspiracy tactic.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL:  ADDRESSED TO: CCII- R. GUZMAN          DATE MAILED: 12.28.17

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| | 12/28/2017 | | (CIRCLE ONE)   YES   NO |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CCII R. GUZMAN | 12/28/2017 | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Exhibit L

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

*!Retaliation!* *!Intimidation!*

Page 18 of 24

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

Declaration of

M. Fordham, CCII
Appeals Coordinator

5 pages

1   XAVIER BECERRA
Attorney General of California
2   GRETCHEN K. BUECHSENSCHUETZ
Supervising Deputy Attorney General
3   MARK AHN
Deputy Attorney General
4   State Bar No. 296342
300 South Spring Street, Suite 1702
5   Los Angeles, CA 90013
Telephone: (213) 269-6612
6   Fax: (213) 897-7604
E-mail: mark.ahn@doj.ca.gov
7   *Attorneys for Defendants*
*D. Avalos and A. Junes*

Exhibit M

8

9                       UNITED STATES DISTRICT COURT

10                     CENTRAL DISTRICT OF CALIFORNIA

11

12   **TIM DAVIS,**                      Case No. 2:18-cv-01910-SJO-MAA

13                       Plaintiff,      **DECLARATION OF M.
                                         FORDHAM IN SUPPORT OF**
14           v.                          **DEFENDANTS' MOTION FOR
                                         SUMMARY JUDGMENT BASED**
15                                       **ON PLAINTIFF'S FAILURE TO
     **D. SCHNEIDER, et al.,**           EXHAUST ADMINISTRATIVE**
16                                       **REMEDIES**
                         Defendants.
17                                       Judge:      Hon. Maria A. Audero
                                         Action Filed: 3/7/2018
18

19           I, M. Fordham, hereby declare as follows:

20           1.    I make the following declaration of facts based upon my own knowledge

21   and, if called to do so, I can testify competently to the facts contained in this

22   declaration.

23           2.    I am not a party to the above-titled action.

24           3.    I am currently employed by the California Department of Corrections

25   and Rehabilitation ("CDCR") as a Correctional Counselor and Appeals Coordinator

26   at California State Prison, Los Angeles County ("CSP-LAC") in Lancaster,

27   California. I am personally familiar with CDCR's inmate appeals process and the

28   processing of inmate appeals at CSP-LAC. Any inmate grievance relating to CSP-

Exhibit N

1    LAC must be filed through the CSP-LAC appeals office.

2         4.      The California Code of Regulations, Title 15, § 3084.1(a), Right to

3    Appeal, states, "Any inmate or parolee under the department's jurisdiction may

4    appeal any policy, decision, action, condition, or omission by the department or its

5    staff that the inmate or parolee can demonstrate as having a material adverse affect

6    upon his or her health, safety, or welfare."

7         5.      To exhaust claims related to an appeal, an inmate's appeal must go

8    through three formal levels of administrative review.  First, the inmate is required to

9    submit the appeal to the appeals coordinator's office for receipt and processing.

10   Cal. Code Regs. tit. 15, §§ 3084.2(c), 3084.7(a).  Upon receipt, the appeals

11   coordinator determines whether the appeal has been properly submitted, or must be

12   rejected or cancelled because of errors, omissions, duplication of a prior appeal,

13   presentation of multiple, unrelated issues, or other violations of the regulations.  *Id.*

14   §§ 3084.5(b), 3084.6.  Unless the appeals coordinator determines that the first-level

15   review should be bypassed and the appeal forwarded directly to the second level, all

16   appeals accepted for review are provided with a response at the first level.  *Id.* §

17   3084.7(a).

18        6.      If an inmate is dissatisfied with the first-level response, he or she may

19   submit the appeal to the second level of review. Cal. Code Regs. tit. 15 § 3084.7(b).

20   The second-level review is conducted by the hiring authority or designee.  *Id.*

21   § 3084.7(d)(2).

22        7.      If an inmate remains dissatisfied by the second-level response, the

23   appeal may be submitted to the Chief of the Office of Appeals for the third and

24   final level of review. Cal. Code Regs. tit. 15, §§ 3084.2(d), 3084.7(c).  A decision

25   at the third level constitutes the final decision of the Secretary of the CDCR, and

26   exhausts the inmate's administrative remedies.  *Id.* §§ 3084.1(b), 3084.7(d)(3).  A

27   cancellation or rejection of an appeal at any level does not exhaust the appeal

28   process.  *Id.* § 3084.1(b).

*Exhibit O*

8.    Only the original appeal form is accepted at the Third Level of Review. If an inmate does not have the original appeal, the inmate must obtain a replacement appeal by obtaining a copy of the appeal stamped "Treat as Original" appeal, which is stamped in red ink by the appeal's coordinator at the institution.

9.    When an appeal is properly and timely submitted to the appeals coordinator's office for initial review, it is immediately assigned a log number— regardless of its disposition—for tracking purposes. The properly and timely submitted appeals at the institutional level are recorded in a computer database known as the Inmate/Parolee Appeals Tracking System ("IATS") – I & II. By reviewing the IATS database, I am able to verify the status of an appeal received by the appeals coordinator's office.

10.    Under Section 3084, an inmate can voluntarily withdraw their grievance or appeal. Cal. Code Regs. tit. 15, § 3084.7(f). Once an appeal or grievance has been withdrawn, it is CDCR policy that the inmate cannot renew the grievance.

11.    The California Attorney General's Office requested that this office research our system files to locate any and all appeals accepted on or after February 13, 2016, submitted by inmate Tim Davis, CDCR No. AT1869, related to the following claims:

(a)  Plaintiff alleges that on June 24, 2017, Plaintiff was assaulted and battered by Correctional Officers D. Avalos and A. Junes. Officer A. Junes held the cuffs, and Officer D. Avalas slammed his shoulders into the back of Plaintiff's head.

12.    A true and correct copy of the appeal history for Plaintiff is maintained in the IATS – I & II, from June 2017 to July 2018, is attached hereto as **Exhibit "A."**

13.    The appeal history shows that on July 5, 2017, Plaintiff's 602 Appeal log no. LAC-B-17-03199, a staff complaint was submitted, accepted at the second level of review on July 6, 2017, and granted in part at the second level of review on

Exhibit P

1   October 17, 2017.  The findings of the second level review informed Plaintiff that

2   his appeal is partially granted in that an inquiry into his allegations had been

3   completed.  A review of the allegations of staff misconduct presented in the written

4   complaint has been completed.  The inquiry revealed staff did not violate

5   departmental policies.  A true and correct copy of that appeal and second level

6   review decision is attached hereto as **Exhibit "B."**

7        The appeal addressed Plaintiff's allegations that on June 24, 2017, Officer

8   Avalos stopped him for no reason.  Officer Avalos then stated, "Do you have those

9   shorts," and then commented about dicks and penises.  Officer Junes was glaring at

10  Plaintiff with a very intimidating and hateful look on his face.  When Plaintiff

11  entered the Rotunda, both officers Avalos and Junes approached Plaintiff and

12  stated, "What's up now we'll fuck you up."  The officers cuffed Plaintiff and made

13  him take off his shoes and escorted Plaintiff back to his cell.  The officers stopped

14  Plaintiff in front of his cell door, and made Plaintiff stand with his legs spread.

15  Officer Junes was holding the cuffs and Officer Avalos rammed his shoulder into

16  the back of Plaintiff's head, causing Plaintiff to slam his face into the cell door.

17  Plaintiff further allege that he sustained major injuries to the left side of his face,

18  cheek, forehead and a chipped tooth.

19        Plaintiff was dissatisfied with the second level of review response and

20  submitted the appeal to the third level for review.

21        13.    In addition, the appeal history also shows appeal log no. LAC-D-17-

22  06504.  This log number was inadvertently created by the appeals coordinator in

23  error and is a duplicate to appeal log number LAC-D-17-03199.

24        14.    Other than the appeal listed above in paragraph 12, our office has no

25  record of receiving any other CDCR Form 602 appeal from Plaintiff regarding the

26  allegations brought in this action.  Nor is there any record of Plaintiff requesting a

27  replacement copy of his original appeal for appeal log number LAC-D-17-03199

28  ///

Exhibit Q

1      I declare under penalty of perjury and under the laws of the United States that

2  the foregoing is true and correct. Executed this _ll_ day of September 2018, at

3  Lancaster, California.

4

5

6                      M. Fordham,
                          *Correctional Counselor/Appeals Coordinator*

7                      *California State Prison – Los Angeles County*

8

9  LA2018501628
    53042853.docx

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 24 of 24

Copy 1 of 2

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Tim Davis_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _California State_ Prison,

in the county of _Los Angeles_

State of California. My prison address is: _Facility C, Building C5, P.O. Box 8457, Lancaster, CA 93539-7620_

On _July 7, 2019_
(DATE)

I served the attached: _Motion, Declaration, Exhibits- Total of 24 pages._
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows: _U.S. Central District Court_
_Office of the Clerk_
_U.S. Court House, Room G8_
_Los Angeles, CA 90012_

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on _July 7, 2019_
(DATE)

_____
(DECLARANT SIGNATURE)

E:\COMMON\CSA\FORMS\P_PRFSVC.WPD August 21, 2000 (3:11pm)

Tim Davis, A TT869
44750 60th Street West
Lancaster, CA 93536-762.
"Pro Per Petitioner"
• Official Business.

Hasler
07/08/2019
US POSTAGE $001.60⁰
FIRST-CLASS MAIL
ZIP 93536
011D11654181

U.S. Central District Court
Office of the Clerk
U.S. Court House, Room G-8
Los Angeles, CA 90012

MAA



RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 1 1 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Legal and Confidential Mail

July 7, 2019

7/7/19

! Confidential Legal Mail !

July 7, 2019