# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>D. SCHNEIDER et al.,<br><br>    Defendant. | Case No. 2:18-cv-01910-SJO (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' Motion for Summary Judgment (ECF No. 78), Plaintiff's Opposition (ECF No. 85), Defendants' Response (ECF No. 88), Defendants' Reply (ECF No. 89), Plaintiff's Sur-Reply (ECF No. 90), Defendants' Motion to Strike Plaintiff's Unauthorized Sur-Reply (ECF No. 91), Plaintiff's Motion to Introduce Evidence that Defendants Committed a Criminal Act of Perjury (ECF No. 96), Plaintiff's Motion to Object to Defendants' Motion to Strike (ECF No. 97), the other records on file herein, and the Report and Recommendation of United States Magistrate Judge (ECF No. 103).

      The time for filing objections has expired and no objections have been made. The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

1. The Report and Recommendation of United States Magistrate Judge is ACCEPTED and ADOPTED;
2. Defendants' Motion for Summary Judgment is DENIED; and
3. Defendants are ORDERED to file an Answer within twenty-one (21) days after issuance of this Order.

DATED: November 7, 2019.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE